NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MARIN PARTNERS, dba marin partners,**
*Appellant*

**v.**

**HEAVEN HILL DISTILLERIES, INC., dba The Wine Group,**
*Appellee*

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Intervenor*

_____

2023-1624

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92077885.

_____

**ON MOTION**

_____

Before CHEN, MAYER, and STOLL, *Circuit Judges*.

PER CURIAM.

**O R D E R**

The Director of the United States Patent and Trademark Office (PTO) moves for leave to intervene in this appeal and to remand to permit further proceedings before the PTO Trademark Trial and Appeal Board. Marin Partners opposes those requests. The Director replies.

Remand "is usually appropriate" to allow an agency to reconsider its previous position. *SKF USA Inc. v. United States*, 254 F.3d 1022, 1029 (Fed. Cir. 2001). We agree that remand is appropriate under the circumstances here, which may facilitate this court's review and preserve judicial resources.

Accordingly,

IT IS ORDERED THAT:

(1)  The Director's motion is granted. The revised official caption is reflected in this order, and the case is remanded to the Board for further proceedings consistent with the motion and this order.

(2)  Each side shall bear its own costs.

FOR THE COURT

August 17, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court